

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2019

No. 04-18-00714-CV

**ESTATE OF JOANNE COOKSEY FRIEND, DECEASED,**

From the County Court, Uvalde County, Texas
Trial Court No. 6904-16
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

The Appellant's Unopposed Fourth Motion to Extend Time to File Brief is hereby GRANTED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court